# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

136210

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TODD MICHAEL HOPKINS,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 136210
COA: 283077
Calhoun CC: 07-001379-FH

     On order of the Court, the application for leave to appeal the February 21, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008

s0721

_____
Clerk